08cv56
Judge MANNING
Mag. Judge MASON

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** CLEMON LACY
(Please print)

**STREET ADDRESS:** 724 E. 104th ST

**CITY/STATE/ZIP:** CHICAGO IL 60628

**PHONE NUMBER:** 773-264-2557 CELL 7735446422

**CASE NUMBER:** _____

_Clemon Lacy_
Signature

12/24/07
Date

**FILED**
J.N Jan 3, 2008
JAN X 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT