JAN 03 2008

**FILED**
JAN X 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS

Clemon Lacy d/b/a Lacy Enterprises, et. al,  |
    PLAINTIFF,  | No. _
v.  |
    |  08cv56
City of Chicago, Tom Kness, et. al,  | JUD  Judge MANNING
    RESPONDENT(s).  |  Mag. Judge MASON
    | MA(

### AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

CLEMON LACY d/b/a LACY ENTERPRISES, et al.,   ) #07 CH 26147
    Plaintiff (s),   )
       ) Judge Leroy K. Martin
CITY OF CHICAGO, TOM KNESS, et al.   )
    Respondent (s).   )

### MOTION TO CONSOLIDATE

COMES NOW, CLEMON LACY d/b/a LACY ENTERPRISES, Plaintiff hereof, in the concurrent captioned Courts above, and moves both Courts to consolidate this case with the hereafter listed cases, with severability and individuality of facts, argument and judgment, into one case before a single judge, for expediency and conservation of docket space, further moves both Courts not to consider these individual cases a class action and expressly requests these separate cases, if consolidated, not be determined a single class or class action.

In support of this motion to consolidate, Lacy states the following;

1. Lacy is Pro Se and not a licensed attorney.

2. This motion to consolidate is filed with the Circuit Court of Cook County, Illinois Ex Post Facto.

3. Both Courts should grant a Pro Se' litigant, not a licensed, attorney an opportunity to amend or correct any technical errors before dismissing any Pro Se litigation.

4. This Pro Se has committed no technical errors to warrant dismissal.

5. Respondents, the City of Chicago, et al; have entered a plea of "No Contest" in a motion for summary judgment.



6. This Plaintiff has agreed to the summary judgment.

7. Respondents included arguments that deny the supremacy clause of the U.S Constitution and said filing is alleged to be unlawful and may be a violation of both Courts' lawyers' code of ethics.

8. Is it permissible for either Court to approve or grant an unlawful filing, and/or assist any attorney to violate a code of ethics?

9. Only a licensed attorney may file and litigate a class action, and this Plaintiff requests both Courts to determine this litigation is not a class action case, but to consolidate before a single judge with severability of judgment.

10. This Plaintiff has corrected all errors and mistakes, if any, by attachment, inclusion, combination and/or notice with his answer filed, 12/24/07, in compliance with the Cook County, Illinois court order of, 12/3/07.

Wherefore Lacy pleads the following;

11. Both Courts consolidate the following list of Pro Se cases before one judge, with severability of judgment and facts;

**A. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS**

Clemon Lacy d/b/a Lacy Enterprises, et. al,
PLAINTIFF,     | No. _08 cv 51_

**AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;**
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
CLEMON LACY d/b/a LACY ENTERPRISES, et al.,    ) #07 CH 26147

**B. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS**

Jaime Hernandez d/b/a Aztec Trucking, Inc., et. al,
PLAINTIFF,     | No. _08 cv 52_

**AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;**
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
JAIME HERNANDEZ, d/b/a AZTEC TRUCKING INC., et al.,   ) #07 CH 26147

**C. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS**

Cannie Shaw d/b/a Tex's Trucking, et. al.,
PLAINTIFF,     | No. _08 cv 53_

**AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;**
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
CANNIE SHAW, d/b/a TEX'S TRUCKING, et al.,    ) #07 CH 26147

**D. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, CHICAILLINOIS**

John Howell d/b/a Howell Trucking, Ltd., et. al,
PLAINTIFF,     | No. _08 cv 54_

**AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;**
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
JOHN HOWELL d/b/a HOWELL TRUCKING, LTD., et al.,   ) #07 CH 26147

PLAINTIFF,
E. **UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS**

James Williams d/b/a J & W Auto Parts and Sales et. al,   |    08CV56
                    PLAINTIFF,                            | No. _____

**AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;**
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
JAMES WILLIAMS, d/b/a J & W AUTO PARTS & SALES et. al    ) #07 CH 26147

12. Pleads and prays Judge Martin grants this consolidation motion with severability of judgment after the fact (ex post facto.)
    A. Plaintiff agrees to pay from judgment, or by installment, any Court costs and filing fees Judge Martin determines is owed by this Plaintiff, to the Circuit Court of Cook County, Illinois.

13. For such other relief both Courts may deem lawful and equitable.

Affiant not sayeth further.
                        Sworn and certified to be true,

                        _____
                        Clemon Lacy d/b/a Lacy Enterprises

Pro Se Plaintiff Clemon Lacy d/b/a Lacy Enterprises
724 E. 104th St.
Chicago, IL 60628
(773) 544-6422