# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 56 | **DATE** | 1/30/2008 |
| **CASE TITLE** | Hernandez, et al. Vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

The court has received a stack of documents directly from Mr. Lacy. This case was closed pursuant to this court's order of January 10, 2008. The Clerk is directed to file the attached documents into the court file without further action by this court.

Docketing to mail notices.



| | Courtroom Deputy Initials: | rs |
|---|---|---|