Clemon Lacy
724 E 124th St.
Chicago Ill
60628

CH





U.S. POSTAGE PAID
CHICAGO IL
60607
$1.48

08C056

FILED
JAN 3 0 2008
Jan 30 2008
Judge Blanche M. Manning
United States Court

U.S. District Court House
: Attention Blanche Manning
219 S. Dearborn
Chicago Ill
60604